IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                                           NO. 04-20492-Ma

DAVID M. TATE,

    Defendant.

---

### ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the Government's May 20, 2005 motion requesting an extension of time within which to file a response to the defendant's motion for bond, filed May 4, 2005.

For good cause shown, the motion is granted. The Government shall have additional time to and including May 25, 2005 within which to file a response.

IT IS SO ORDERED this 20th day of May, 2005.

                                                                  SAMUEL H. MAYS, JR.
                                                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CR-20492 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT